# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
May 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: __Adriana Quezada__
DEPUTY

United States of America )
vs )
DEFENDANT: Esvin Alexander TAX-Menchu )
)
_____ )
*Defendant(s)* )
)
)

Case No.   **EP:25-MJ-___2423___-LE**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____May 12, 2025____ in the county of ____El Paso____ in the ____Western____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Charge 1: 18 U.S.C. 1001 | knowingly and willfully made a materially false, fictitious and fraudulent statement and representation to an agent of the United States Border Patrol, by stating that Esvin Alexander TAX-Menchu is a minor born on September 5, 2008, when in truth and in fact that Esvin Alexander TAX-Menchu is an adult born on September 7, 2004. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT #1 Esvin Alexander TAX-Menchu

See Attached
Continued on the attached sheet.

**Complaint sworn to telephonically on** ____May 15, 2025____ **at** ____01:02 PM____ **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

Sworn to before me and signed in my presence.

Date: __May 15, 2025__

City and state: __El Paso, Texas__

_____
*Complainant's signature*

David R. Valles    Border Patrol Agent
*Printed name and title*

_____
*Judge's signature*

Laura Enriquez    U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Esvin Alexander TAX-Menchu

PEPT# PEPT250501576

05/15/2025

FACTS    (CONTINUED)

On May 11, 2025, Esvin Alexander TAX-Menchu herein referred to as the defendant was apprehended by Border Patrol Agents near Columbus, New Mexico. At the time of apprehension, the defendant presented himself as a juvenile with the name of Esvin Alexander TAX-Menchu and a date of birth of September 5, 2008, which made him a 16-year-old juvenile. The defendant was not in possession of any official documents. The defendant was transported to the El Paso Modular Centralized Processing Center (M-CPC) in El Paso, Texas which is in the Western District of Texas further processing.

On May 12, 2025, at approximately 9:15 am at the M-CPC a Border Patrol Agent identified himself and read, in the Spanish language, the defendant his Miranda Rights to which he signed the document indicating that he understood his rights and was willing to answer any questions without the presence of an attorney. The defendant was then warned as to the charges he would face if he lied or provided a false statement or claim. The defendant was served with "Title 18 United States Code, Section 1001" warning. At approximately 9:20 a.m., the defendant signed the form to confirm his understanding of all the elements and consequences. The defendant went on to provide the agent with written consent to review the contents of his cellular device.

The agent questioned the defendant about his date of birth, to which he claimed he was a minor born in either 2007 or 2008. The agent contacted the defendants' brother to verify his biographical information.  After a brief conversation with the brother, he provided the agent with an image of the defendant's identification card via text message. The agent noticed that the defendants' date of birth was listed as September 7, 2004, and not 2007 or 2008. He also noticed that the picture on the official Guatemalan identification card matched the defendant's facial characteristics.  When confronted with this information, the defendant admitted that he had been providing false information. The defendant acknowledged that his true date of birth is the one listed on his Guatemalan identification card. When asked why he was attempting to pose as a juvenile, the defendant stated he lied so he could be released into the United States and be reunited with his brother. The defendant also stated that if he was successful and was released from custody, he was planning on using the false information so he could stay in the United States for next 8 to 10 years.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE


Criminal History:
NONE